Certificate Number: 05781-CAE-DE-041229070

Bankruptcy Case Number: 26-13005



05781-CAE-DE-041229070

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 20, 2026, at 7:38 o'clock PM PDT, Jose Sotelo Ramirez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of California.

Date:    July 20, 2026          By:      /s/Allison M Geving

                                       Name:   Allison M Geving

                                       Title:    President